## BRUINTON'S CASE.

Supreme Court. 1807.

*Wells' Notebook, 362.*

The Court said that in such cases the practice had been to receive this testimony; that the allegations of the creditors were to be received, and that the petitioner ought not to complain of the information being communicated under the sanction of an oath.

## TRUITT THOMPSON v. MESSICK.

Supreme Court. Fall Term, 1807.

*Wells' Notebook, 363.*

The majority of the Court agreed to admit the evidence.

*Cooper* and *Vandyke* in support of the award. *Horsey, contra.*